# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Show Me Love |
| Line 3 | Writer(s) | Allen George; Fred Mc Farlane |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Allen George and Fred Mc Farlane, a partnership d/b/a Song A Tron Music |
| Line 5 | Date(s) of Registration | 3/24/95 |
| Line 6 | Registration No(s). | PA 752-568 |
| Line 7 | Date(s) of Infringement | 04/05/2011 |
| Line 8 | Place of Infringement | Golden Banana |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Spring Love |
| Line 3 | Writer(s) | Stevie Hill a/k/a Stevie B |
| Line 4 | Publisher Plaintiff(s) | Stevie Hill, an individual d/b/a MYAT Publishing; R2M Music Lux Sarl d/b/a R2M Music |
| Line 5 | Date(s) of Registration | 2/29/88 |
| Line 6 | Registration No(s). | PA 359-717 |
| Line 7 | Date(s) of Infringement | 05/31/2011 |
| Line 8 | Place of Infringement | Golden Banana |

| Line 1 | Claim No. | 3 |
|---|---|---|
| Line 2 | Musical Composition | Shimmer |
| Line 3 | Writer(s) | Carl Bell |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc.; Fuel Publishing Inc. d/b/a Pener Pig Publishing |
| Line 5 | Date(s) of Registration | 5/11/98 |
| Line 6 | Registration No(s). | PA 893-226 |
| Line 7 | Date(s) of Infringement | 04/05/2011 |
| Line 8 | Place of Infringement | Golden Banana |

| Line 1 | Claim No. | 4 |
|---|---|---|
| Line 2 | Musical Composition | Fascinated |
| Line 3 | Writer(s) | Ish (Ish Ledesma) a/k/a Ishmael Angel Ledesma |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Ishmael Ledesma, an individual d/b/a Toy Band Music Publishing |
| Line 5 | Date(s) of Registration | 4/30/87 |
| Line 6 | Registration No(s). | PA 328-788 |
| Line 7 | Date(s) of Infringement | 05/31/2011 |
| Line 8 | Place of Infringement | Golden Banana |